## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

ADRIAN LITTLE,                 :

      Petitioner,            :       Case No. 3:10cv00216

vs.                          :       District Judge Walter Herbert Rice
                                    Magistrate Judge Sharon L. Ovington

WARDEN, Dayton Correctional    :
Institution,

                                    :

      Respondent.

                                    :

---

## DECISION AND ENTRY

---

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #17), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1.      The Report and Recommendations filed on December 6, 2011 (Doc. #17) is ADOPTED in full;

2.      Adrian Little's Petition for Writ of Habeas Corpus (Doc. #1) is DENIED and DISMISSED;

3.      Petitioner is DENIED leave to appeal in forma pauperis and any requested certificate of appealability; and,

4.    The case is terminated on the docket of this Court.


Walter Herbert Rice
United States District Judge